IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NABIL SAMAAN,

    Plaintiff,                       No. CIV S-07-0960 RRB GGH

    vs.

KURT SAUER,

    Defendant.                    <u>ORDER</u>

_____/

KURT SAUER,

    Counter Claimant,

    vs.

NABIL SAMAAN,

    Counter Defendant.

_____/

        Presently before the court is counter-defendant and plaintiff Samaan's February 11, 2008 motion for relief from this court's order filed January 24, 2008, granting defendant and counter-claimant Sauer's motion to quash subpoena and for a protective order. R. Lawrence Bragg represented Nabil Samaan, who also represented himself. Elizabeth Lawley represented defendant and counter-claimant Kurt Sauer. After hearing on March 13, 2008, the court issues the following order.

1  IT IS ORDERED that within ten days, Mr. Sauer shall submit all treating records
2  of therapist O'Sullivan-Brynjolfsson for *in camera* review by the court. The court will thereafter
3  issue a decision on the motion for reconsideration.
4  DATED: 03/14/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
Samaan0960.ic.wpd