IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NABIL SAMAAN,

        Plaintiff,                  No. CIV S-07-0960 RRB GGH

    vs.

KURT SAUER,

        Defendant.               ORDER

_____/

KURT SAUER,

        Counter Claimant,

    vs.

NABIL SAMAAN,

        Counter Defendant.

_____/

        Presently pending on this court's law and motion calendars in the upcoming weeks are various discovery motions in this case. The issue of whether Mr. Samaan may properly represent himself as an attorney in light of the fact that he has retained counsel, Mr. Fields, is an issue that needs to be resolved sooner rather than later.

\\\\\

1

1 | Accordingly, IT IS ORDERED that the parties shall file simultaneous briefs on this issue by close of business on June 11, 2008, and shall be prepared to present argument on this issue at the next hearing on June 12, 2008.

DATED: 06/09/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/076
Samaan0960.rep.wpd