IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NABIL SAMAAN,

    Plaintiff,                      No. CIV S-07-0960 JAM GGH

    vs.

KURT SAUER,

    Defendant.                   ORDER

_____/

KURT SAUER,

    Counter Claimant,

    vs.

NABIL SAMAAN,

    Counter Defendant.

_____/

        Plaintiff's motion to compel deposition of Brian Richart, Ty Wilson, and Sherri Leitem presently is calendared for hearing on July 10, 2008. The discovery cutoff in this case is July 1, 2008, requiring that all motions be heard and resolved by this date. Furthermore, Judge Mendez recently denied defendant's request to modify the scheduling order.[1] Moreover, the motion was filed by plaintiff himself, and not by his counsel. Therefore, this court is unable to

---

[1] Judge Mendez stated that he would consider a joint stipulation to modify the order if it did not affect other deadlines or the court's docket. Order, filed May 28, 2008.

1

1  hear plaintiff's motion.

2        Accordingly, IT IS ORDERED that Plaintiff's motion to compel, filed June 6,

3  2008, is vacated from the July 10, 2008 calendar.

4  DATED: 06/26/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Samaan960.vac.wpd