1 | Elizabeth W. Lawley, Esq.; SBN 207926
Marissa M. Nebenzahl, Esq.; SBN 251398
2 | BORTON PETRINI, LLP
Post Office Box 277790
3 | Sacramento, CA 95827
11025 Trade Center Drive, Suite 150
4 | Rancho Cordova, CA 95670
Telephone (916) 858-1212
5 | Facsimile (916) 858-1252

6 | Attorneys for Defendant/Counter-Claimant Kurt
Sauer




**FILED**

OCT 14 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**RECEIVED**

OCT 10 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAM

11 | NABIL SAMAAN,

12 | Plaintiff,

13 | v.

14 | KURT SAUER and DOES 1-10,

15 | Defendant.

16 | AND RELATED CROSS-ACTIONS.

17

Case No. 2:07-CV-0960 DFL GGH

ORDER GRANTING DEFENDANT/COUNTER-CLAIMANT KURT SAUER'S EX PARTE APPLICATION FOR ORDER TO FILE ITEMIZED BILLING STATEMENTS UNDER SEAL

DATE :
TIME :
DEPT :
TRIAL :

19    The Court, having considered defendant/counter-claimant Kurt Sauer's Ex Parte
20 Application for Order To File Itemized Billing Statements Under Seal, and good cause appearing
21 therefore, IT IS HEREBY ORDERED as follows:
22    1.    Mr. Sauer is permitted to file his counsel's itemized billing statements under seal
23 in paper format in connection with his Motion for Attorneys' Fees due to be filed by October 17,
24 2008;
25    2.    The itemized billing statements prepared by Mr. Sauer's counsel shall remain
26 ~~permanently~~ *Jam* under seal, *unless otherwise ordered by this Court.*
27    3.    *Mr Sauer shall serve a copy of this Order*
28 *on Plaintiff within ten (10) days of the date of the Order.*

1          IT IS SO ORDERED.

2

3  DATED:  _10 - 14 - 08_                              

                                        THE UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\56894\61433\Plead
ings\OrderReExParteA
pplFileFeesSumUnderS
eal.wpd

ORDER GRANTING KURT SAUER'S EX PARTE
APPLICATION FOR ORDER TO FILE ITEMIZED
BILLING STATEMENTS UNDER SEAL      2      Case No. 2:07-CV-0960 DFL GGH

1        **PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015.5)**

2   STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

3            I am employed in the County of Sacramento, State of California.  I am over the age of
     18 and not a party to the within action; my business address is 11025 Trade Center Drive,
4   Suite 150, Rancho Cordova, California 95670.

5            On October /O, 2008, I served the foregoing document described as **[PROPOSED]
     ORDER GRANTING DEFENDANT/COUNTER-CLAIMANT KURT SAUER'S EX
6   PARTE   APPLICATION   FOR   ORDER   TO   FILE   ITEMIZED   BILLING
     STATEMENTS UNDER SEAL** on the other parties in this action as stated on the attached
7   service list.

8            **BY ELECTRONIC SERVICE:**  Electronic Service of Pleadings in this matter and as
     set forth on the attached Service List.

9            **BY FIRST CLASS MAIL:**  I am readily familiar with the firm's practice of collection
     and processing of correspondence for mailing.  Under that practice, a true copy of the above
10  document was placed in a sealed envelope and deposited with the U.S. Postal Service on that
     same day with postage thereon fully prepaid at **Rancho Cordova,** California, in the ordinary
11  course of business.  I am aware that on motion of the party served, service is presumed invalid
     if the postal cancellation date or the postage meter date is more than one day after the date
12  of deposit for mailing in affidavit.

13           **BY FACSIMILE:**  I caused each document to be delivered by electronic facsimile to
     the offices on the attached service list.
14
             The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and
15  no error was reported by the machine.  Pursuant to California Rules of Court, Rule
     2008(e).
16
             **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the offices of the
17  addressee.

18           Executed on **October /O, 2008,** at **Rancho Cordova,** California.

19           I declare that I am employed in the office of a member of the bar of this court at whose
     direction the service was made.
20

21        **MARTA LARREA**
              Type or Print Name                                                    Signature
22

23

24

25

26

27

28
     SAMAAN v. SAUER -- 56894/61433
     USDC EASTERN 2:07-CV-0960 DFL GGH

1

## SERVICE LIST

2

### SAMAAN v. SAUER
### USDC EASTERN DISTRICT CASE NO. 2:07-CV-0960 DFL GGH

3

4 **Attorneys for Plaintiff Nabil Samaan:**
Russ Fields

**Attorneys for:  Cross-Defendant Nabil Samaan**
Bradley S. Thomas, Esq.

5 Attorney at Law
1740 Tribute Road, Suite 400

MASON THOMAS
2840 Fifth Street

6 Sacramento, CA  95815
BUS: (916) 646-6100/FAX: (916) 646-8769

Davis, CA  95618-7759
BUS: (530) 757-0883/FAX: (530) 757-0895

7

**Attorneys for:  Counter-Defendant Nabil Samaan:**

8 R. Lawrence Bragg, Esq.
LAW OFFICE OF SHEILA F. GONZALEZ

9 2730 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833-3503

10 **BUS:** (916) 923-9505/**FAX:** (888) 813-3351

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 **SAMAAN v. SAUER -- 56894/61433**
**USDC EASTERN 2:07-CV-0960 DFL GGH**