JAMES W. RUSHFORD, ESQ.
State Bar No. 88739
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, California 95825
(916) 565-0590

Attorneys for Plaintiff,
NABIL SAMAAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL SAMAAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KURT SAUER and DOES 1-10,<br><br>　　　　Defendants.<br>AND RELATED CROSS ACTIONS. | Case No.: 2:07-CV-00960 JAM GGH<br><br>STIPULATION OF DISMISSAL |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action and related cross action be and hereby is dismissed with prejudice as to all parties.

Dated: 1/21/09　　　　　　　　　　　　　　**RUSHFORD & BONOTTO, LLP**


　　　　　　　　　　　　　　　　　　　　　　By: /s/ James W. Rushford
　　　　　　　　　　　　　　　　　　　　　　　　James W. Rushford
　　　　　　　　　　　　　　　　　　　　　　Attorney for Nabil Samaan


Dated: 1/16/09　　　　　　　　　　　　　　**BORTON PETRINI, LLP**


　　　　　　　　　　　　　　　　　　　　　　By: /s/ Elizabeth W. Lawley
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth W. Lawley
　　　　　　　　　　　　　　　　　　　　　　Attorney for Kurt Sauer

1

STIPULATION OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1     THE PARTIES HAVING STIPULATED: the above matter is ordered
2 dismissed with prejudice.
3
4 Dated: March 10, 2009            /s/ John A. Mendez_____
5
6                                    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com